NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**AUDATEX NORTH AMERICA, INC.,**
*Appellant*

**v.**

**MITCHELL INTERNATIONAL, INC.,**
*Appellee*

———————————

2016-1913, -1914

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00171 and CBM2014-00173.

———————————

## O R D E R

The above captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

Accordingly,

IT IS ORDERED THAT:

The above-captioned appeals are consolidated, and the revised official caption is reflected above. The certified list is due no later than June 6, 2016.

2   AUDATEX NORTH AMERICA, INC. v. MITCHELL INTERNATIONAL,
INC.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31